UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RUSSELL C. MILLER and wife,      ]
JENNIFER MILLER,                 ]
                                 ]
      Plaintiffs,                ]
                                 ]
v.                               ]      No. 3-08-0281
                                 ]      JUDGE HAYNES
                                 ]
HOME DEPOT USA, INC.,            ]
                                 ]
      Defendant.                 ]

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 24) is **GRANTED**.  The Plaintiffs' motion for sanctions (Docket Entry No. 28) is **DENIED**.  This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of January, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge